# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Edward C. Richerme | ) | |
| | ) | Case No. 15-16083 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Jack B. Schmetterer |

## FINAL REPORT OF DEBTOR IN POSSESSION

Edward C. Richerme by and through his attorney, Karen J. Porter, for its final report pursuant to Bankruptcy Rule 1019(5) states as follows

1. Debtor commenced a voluntary chapter 11 bankruptcy case on May 5, 2015.

2. On September 10, 2015, the court entered an order converting the chapter 11 case to one under chapter 7.

3. The Debtor incurred the following debts after the commencement of the case:

   A. Porter Law Network
      230 West Monroe, Suite 240
      Chicago, Il 60606
      Estimated $10,000.00

                                        Edward C. Richerme

                                        By: _/S/Karen J. Porter_____
                                            Karen J. Porter

Karen J. Porter
Atty No. 6188626
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400
Fax 312-372-4160

**Signature:** *Edward C Richerme*
Edward C Richerme (Oct 15, 2015)

**Email:** ericherme@ampsabrasives.com