# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Edward C. Richerme § Case No. 15-16083
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 05/05/2015 . The case was converted to one under Chapter 7 on 09/10/2015 . The undersigned trustee was appointed on 09/15/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $    34,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 6,599.73 |
   | Bank service fees | 321.63 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 6,400.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $    21,178.64

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  02/05/2016  and the deadline for filing governmental claims was  02/05/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,560.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,560.00 , for a total compensation of $ 3,560.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 47.74 , for total expenses of $ 47.74 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/19/2016                By:/s/Zane L. Zielinski
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-16083 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Zane L. Zielinski |
| Case Name: | Edward C. Richerme | | | | Date Filed (f) or Converted (c): | 09/10/2015 (c) |
| | | | | | 341(a) Meeting Date: | 10/13/2015 |
| For Period Ending: | 09/19/2016 | | | | Claims Bar Date: | 02/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third Bank Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 2. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 3. Interest in Automobile Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 4. Counterclaim Against Engineered Abrasives | Unknown | 0.00 | | 0.00 | FA |
| 5. 2011 F-250 Truck | 20,000.00 | 0.00 | | 34,500.00 | FA |
| 6. American Machine Products & Service, Inc (100% interest) | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Potential Claim for Malpractice agasint Theresa Berkey | Unknown | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $21,800.00     $0.00     $34,500.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of vehicle

| RE PROP # | 1 | -- | Amended schedules states funds in account as of 5/5/2015 was equal to $356. |
| RE PROP # | 3 | -- | Insurance Policy for Automobile |
| RE PROP # | 4 | -- | Counterclaim against Engineered Abrasives by American Machine Products & Services, Inc.  American Machine Products is in bankruptcy. |
| RE PROP # | 5 | -- | 2011 For F-250 Truck value is Debtor's estimate |
| RE PROP # | 6 | -- | 100% interest in the Illinois Corporation American Machine Products.  Corporation is in seperate bankruptcy. |

Initial Projected Date of Final Report (TFR):     Current Projected Date of Final Report (TFR):

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-16083 | Trustee Name: Zane L. Zielinski |
| Case Name: Edward C. Richerme | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4479 |
| | Checking |
| Taxpayer ID No: XX-XXX3316 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/16 | 5 | Engineered Abrasives<br>Standard Bank and Truste Co.<br>7800 West 95th Street<br>Hickory Hills, Il 60457 | Sale of Real Estate | 1129-000 | $34,500.00 | | $34,500.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.74 | $34,465.26 |
| 02/27/16 | 5001 | Edward C. Richerme | debtor's Exemption | 8100-002 | | $6,400.00 | $28,065.26 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.93 | $28,017.33 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.11 | $27,973.22 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.25 | $27,932.97 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.53 | $27,891.44 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.13 | $27,851.31 |
| 07/26/16 | 5002 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Attorney Fees and Expenses | | | $6,599.73 | $21,251.58 |
| | | The Law Offices of William J. Factor, LTD | ($6,586.50) | 3110-000 | | | |
| | | The Law Offices of William J. Factor, LTD | ($13.23) | 3120-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.41 | $21,210.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*     Page Subtotals:     $34,500.00     $13,289.83

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-16083 | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|
| Case Name: | Edward C. Richerme | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4479 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3316 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/19/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.53 | $21,178.64 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $34,500.00 | $13,321.36 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $34,500.00 | $13,321.36 |
| Less: Payments to Debtors | $0.00 | $6,400.00 |
| Net | $34,500.00 | $6,921.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                               Page Subtotals:                          $0.00            $31.53

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4479 - Checking | $34,500.00 | $6,921.36 | $21,178.64 |
|  | $34,500.00 | $6,921.36 | $21,178.64 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $34,500.00 |
| Total Gross Receipts: | $34,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-16083  
Debtor Name: Edward C. Richerme  
Claims Bar Date: 2/5/2016  

Date: September 19, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $3,560.00 | $3,560.00 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $47.74 | $47.74 |
| 100 2990 | Tom Mowery | Administrative | Administrative Claim allowed by Court order entered on January 4, 2016 | $0.00 | $350.00 | $350.00 |
| 6 100 2990 | Office Of The U.S. Trustee<br><B>(Administrative)</B><br>219 S. Dearborn St. Room 873<br>Chicago, Il 60604 | Administrative | | $0.00 | $325.00 | $325.00 |
| 100 3110 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Administrative | Pursuant to Amended Court Order entered on July 22, 2016 | $0.00 | $6,586.50 | $6,586.50 |
| 100 3120 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Administrative | Allowed pursuant to court order entered on July 22, 2016 | $0.00 | $13.23 | $13.23 |
| 100 3410 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $3,680.80 | $3,680.80 |
| 100 3420 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $43.47 | $43.47 |
| 150 6700 | Karen Porter P.C. | Administrative | | $0.00 | $0.00 | $9,047.50 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-16083  
Debtor Name: Edward C. Richerme  
Claims Bar Date: 2/5/2016  

Date: September 19, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | Cavalry Spv I, Llc<br>Assignee Of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Unsecured | | $0.00 | $8,782.56 | $8,782.56 |
| 2 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,743.40 | $1,743.40 |
| 3 300 7100 | Engineered Abrasives, Inc.<br>C/O Timothy Mcfadden<br>Barnes & Thornburg<br>One North Wacker Drive<br>Suite 4400<br>Chicago, Il 60606 | Unsecured | | $0.00 | $718,010.54 | $718,010.54 |
| 4 300 7100 | Synchrony Bank<br>C/O Recovery Management<br>Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $5,706.02 | $5,706.02 |
| 5 300 7100 | Synchrony Bank<br>C/O Recovery Management<br>Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $11,416.41 | $11,416.41 |
| 7 300 7100 | Karen Richerme<br>11863 Josephine Dr.<br>Mokena, Il 60448 | Unsecured | | $0.00 | $25,000.00 | $25,000.00 |
| 8 300 7100 | Peter N. Metrou, Chap.7 Trustee<br>Estate Of Edward Richerme Jr.<br>30 S. Wacker Drive 26Th Floor<br>Chicago, Illinois 60608 | Unsecured | | $0.00 | $25,000.00 | $25,000.00 |
| | Case Totals | | | $0.00 | $810,265.67 | $819,313.17 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                          Printed: September 19, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-16083
Case Name: Edward C. Richerme
Trustee Name: Zane L. Zielinski

   Balance on hand                   $   21,178.64

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 3,560.00 | $ 0.00 | $ 3,560.00 |
| Trustee Expenses: Zane L. Zielinski | $ 47.74 | $ 0.00 | $ 47.74 |
| Attorney for Trustee Fees: The Law Offices of William J. Factor, LTD | $ 6,586.50 | $ 6,586.50 | $ 0.00 |
| Attorney for Trustee Expenses: The Law Offices of William J. Factor, LTD | $ 13.23 | $ 13.23 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 3,680.80 | $ 0.00 | $ 3,680.80 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 43.47 | $ 0.00 | $ 43.47 |
| Other: Office Of The U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: Tom Mowery | $ 350.00 | $ 0.00 | $ 350.00 |

  Total to be paid for chapter 7 administrative expenses     $   8,007.01

  Remaining Balance                 $   13,171.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Karen Porter P.C. | $ 9,047.50 | $ 0.00 | $ 9,047.50 |
| Total to be paid for prior chapter administrative expenses | | | $ 9,047.50 |
| Remaining Balance | | | $ 4,124.13 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 795,658.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Spv I, Llc | $ 8,782.56 | $ 0.00 | $ 45.52 |
| 2 | American Express Centurion Bank | $ 1,743.40 | $ 0.00 | $ 9.04 |
| 3 | Engineered Abrasives, Inc. | $ 718,010.54 | $ 0.00 | $ 3,721.66 |
| 4 | Synchrony Bank | $ 5,706.02 | $ 0.00 | $ 29.58 |
| 5 | Synchrony Bank | $ 11,416.41 | $ 0.00 | $ 59.17 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Karen Richerme | $ 25,000.00 | $ 0.00 | $ 129.58 |
| 8 | Peter N. Metrou, Chap.7 Trustee | $ 25,000.00 | $ 0.00 | $ 129.58 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,124.13 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE