# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **EDWARD C. RICHERME,** | Bankruptcy No. 15-16083 |
| Debtor. | Honorable Jack B. Schmetterer |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #142)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 20, 2016.

Dated: October 20, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **EDWARD C. RICHERME**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **William J Factor**   wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
- **Kathryn Gleason**   USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- **Ariane Holtschlag**   aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Sara E Lorber**   slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- **Timothy S. McFadden**   tmcfadden@btlaw.com
- **Peter N Metrou**   metrouassociates@sbcglobal.net
- **Karen J Porter**   porterlawnetwork@gmail.com, portersam100@comcast.net
- **Miriam R. Stein**   mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Cavalry Spv I, Llc
Assignee Of Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, Az 85712

**VIA U.S. MAIL**
Engineered Abrasives, Inc.
C/O Timothy Mcfadden
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, Il 60606

**VIA U.S. MAIL**
Karen Richerme
11863 Josephine Dr.
Mokena, Il 60448

**VIA U.S. MAIL**
**Edward C. Richerme**
11863 Josephine Drive
Mokena, IL 60448

**VIA U.S. MAIL**
American Express Centurion Bank
C O Becket And Lee Llp
Pob 3001
Malvern, Pa 19355-0701

**VIA U.S. MAIL**
Synchrony Bank
C/O Recovery Management Systems Corp
25 Se 2Nd Ave Suite 1120
Miami Fl 33131-1605

**VIA U.S. MAIL**
Peter N. Metrou, Chap.7 Trustee
Estate Of Edward Richerme Jr.
30 S. Wacker Drive 26Th Floor
Chicago, Illinois 60608