UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                    §
                                          §
Edward C. Richerme                        §    Case No. 15-16083
                                          §
         Debtor                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,000.00 *(Without deducting any secured claims)* | Assets Exempt: 800.00 |
| Total Distributions to Claimants: 4,124.13 | Claims Discharged Without Payment: 791,534.80 |
| Total Expenses of Administration: 23,975.87 | |

   3) Total gross receipts of $ 34,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,400.00  (see **Exhibit 2**), yielded net receipts of $ 28,100.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,928.37 | 14,928.37 | 14,928.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 0.00 | 9,047.50 | 9,047.50 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 734,425.56 | 795,658.93 | 795,658.93 | 4,124.13 |
| **TOTAL DISBURSEMENTS** | $ 734,425.56 | $ 810,587.30 | $ 819,634.80 | $ 28,100.00 |

4) This case was originally filed under chapter on 05/05/2015, and it was converted to chapter 7 on 09/10/2015. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2017          By: /s/Zane L. Zielinski, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 F-250 Truck | 1129-000 | 34,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 34,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Edward C. Richerme | Exemptions | 8100-002 | 6,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,400.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 3,560.00 | 3,560.00 | 3,560.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 47.74 | 47.74 | 47.74 |
| Associated Bank | 2600-000 | NA | 321.63 | 321.63 | 321.63 |
| Office Of The U.S. Trustee | 2990-000 | NA | 325.00 | 325.00 | 325.00 |
| Tom Mowery | 2990-000 | NA | 350.00 | 350.00 | 350.00 |
| The Law Offices of William J. Factor, LTD | 3110-000 | NA | 6,586.50 | 6,586.50 | 6,586.50 |
| The Law Offices of William J. Factor, LTD | 3120-000 | NA | 13.23 | 13.23 | 13.23 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 3,680.80 | 3,680.80 | 3,680.80 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 43.47 | 43.47 | 43.47 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,928.37 | $ 14,928.37 | $ 14,928.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Karen Porter P.C. | 6700-000 | NA | 0.00 | 9,047.50 | 9,047.50 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 0.00 | $ 9,047.50 | $ 9,047.50 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Express Centurion Bank | 7100-000 | 1,630.28 | 1,743.40 | 1,743.40 | 9.04 |
| 1 | Cavalry Spv I, Llc | 7100-000 | 8,669.00 | 8,782.56 | 8,782.56 | 45.52 |
| 3 | Engineered Abrasives, Inc. | 7100-000 | 707,013.80 | 718,010.54 | 718,010.54 | 3,721.66 |
| 7 | Karen Richerme | 7100-000 | NA | 25,000.00 | 25,000.00 | 129.58 |
| 8 | Peter N. Metrou, Chap.7 Trustee | 7100-000 | NA | 25,000.00 | 25,000.00 | 129.58 |
| 4 | Synchrony Bank | 7100-000 | 5,696.07 | 5,706.02 | 5,706.02 | 29.58 |
| 5 | Synchrony Bank | 7100-000 | 11,416.41 | 11,416.41 | 11,416.41 | 59.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 734,425.56 | $ 795,658.93 | $ 795,658.93 | $ 4,124.13 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-16083 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Edward C. Richerme | | | | Date Filed (f) or Converted (c): | 09/10/2015 (c) |
| | | | | | 341(a) Meeting Date: | 10/13/2015 |
| For Period Ending: | 06/01/2017 | | | | Claims Bar Date: | 02/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third Bank Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 2. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 3. Interest in Automobile Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 4. Counterclaim Against Engineered Abrasives | Unknown | 0.00 | | 0.00 | FA |
| 5. 2011 F-250 Truck | 20,000.00 | 0.00 | | 34,500.00 | FA |
| 6. American Machine Products & Service, Inc (100% interest) | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Potential Claim for Malpractice agasint Theresa Berkey | Unknown | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $21,800.00 | $0.00 | | $34,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee final report is set for hearing on November 29, 2016.

| RE PROP # | 1 | -- | Amended schedules states funds in account as of 5/5/2015 was equal to $356. |
| RE PROP # | 3 | -- | Insurance Policy for Automobile |
| RE PROP # | 4 | -- | Counterclaim against Engineered Abrasives by American Machine Products & Services, Inc. American Machine Products is in bankruptcy. |
| RE PROP # | 5 | -- | 2011 For F-250 Truck value is Debtor's estimate |
| RE PROP # | 6 | -- | 100% interest in the Illinois Corporation American Machine Products. Corporation is in seperate bankruptcy. |

Initial Projected Date of Final Report (TFR): 11/30/2016     Current Projected Date of Final Report (TFR): 10/14/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-16083 |
| Case Name: | Edward C. Richerme |
| Taxpayer ID No: | XX-XXX3316 |
| For Period Ending: | 06/01/2017 |

| | |
|---|---|
| Trustee Name: | Zane L. Zielinski, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX4479 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/16 | 5 | Engineered Abrasives<br>Standard Bank and Truste Co.<br>7800 West 95th Street<br>Hickory Hills, Il 60457 | Sale of Real Estate | 1129-000 | $34,500.00 | | $34,500.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.74 | $34,465.26 |
| 02/27/16 | 5001 | Edward C. Richerme | debtor's Exemption | 8100-002 | | $6,400.00 | $28,065.26 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.93 | $28,017.33 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.11 | $27,973.22 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.25 | $27,932.97 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.53 | $27,891.44 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.13 | $27,851.31 |
| 07/26/16 | 5002 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Attorney Fees and Expenses | | | $6,599.73 | $21,251.58 |
| | | The Law Offices of William J. Factor, LTD | ($6,586.50) | 3110-000 | | | |
| | | The Law Offices of William J. Factor, LTD | ($13.23) | 3120-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.41 | $21,210.17 |

Page Subtotals: $34,500.00   $13,289.83

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-16083 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Edward C. Richerme | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4479 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3316 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.53 | $21,178.64 |
| 11/29/16 | 5003 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $3,607.74 | $17,570.90 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($3,560.00) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($47.74) | 2200-000 | | | |
| 11/29/16 | 5004 | Tom Mowery | Final distribution representing a payment of 100.00 % per court order. | 2990-000 | | $350.00 | $17,220.90 |
| 11/29/16 | 5005 | Office Of The U.S. Trustee<br><B>(Administrative)</B><br>219 S. Dearborn St. Room 873<br>Chicago, Il 60604 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 2990-000 | | $325.00 | $16,895.90 |
| 11/29/16 | 5006 | Alan D. Lasko & Associates P.C. | Distribution | | | $3,724.27 | $13,171.63 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($3,680.80) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($43.47) | 3420-000 | | | |
| 11/29/16 | 5007 | Karen Porter P.C. | Final distribution representing a payment of 100.00 % per court order. | 6700-000 | | $9,047.50 | $4,124.13 |
| 11/29/16 | 5008 | Cavalry Spv I, Llc<br>Assignee Of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Final distribution to claim 1 representing a payment of 0.52 % per court order. | 7100-000 | | $45.52 | $4,078.61 |

Page Subtotals: $0.00   $17,131.56

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-16083 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Edward C. Richerme | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4479 |
| | Checking |
| Taxpayer ID No: XX-XXX3316 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/16 | 5009 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 0.52 % per court order. | 7100-000 | | $9.04 | $4,069.57 |
| 11/29/16 | 5010 | Engineered Abrasives, Inc.<br>C/O Timothy Mcfadden<br>Barnes & Thornburg<br>One North Wacker Drive<br>Suite 4400<br>Chicago, Il 60606 | Final distribution to claim 3 representing a payment of 0.52 % per court order. | 7100-000 | | $3,721.66 | $347.91 |
| 11/29/16 | 5011 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Distribution | | | $88.75 | $259.16 |
| | | Synchrony Bank | Final distribution to claim 4 representing a payment of 0.52 % per court order. ($29.58) | 7100-000 | | | |
| | | Synchrony Bank | Final distribution to claim 5 representing a payment of 0.52 % per court order. ($59.17) | 7100-000 | | | |
| 11/29/16 | 5012 | Karen Richerme<br>11863 Josephine Dr.<br>Mokena, Il 60448 | Final distribution to claim 7 representing a payment of 0.52 % per court order. | 7100-000 | | $129.58 | $129.58 |
| 11/29/16 | 5013 | Peter N. Metrou, Chap.7 Trustee<br>Estate Of Edward Richerme Jr.<br>30 S. Wacker Drive 26Th Floor<br>Chicago, Illinois 60608 | Final distribution to claim 8 representing a payment of 0.52 % per court order. | 7100-000 | | $129.58 | $0.00 |
| 03/14/17 | 5010 | Engineered Abrasives, Inc.<br>C/O Timothy Mcfadden<br>Barnes & Thornburg<br>One North Wacker Drive<br>Suite 4400<br>Chicago, Il 60606 | Final distribution to claim 3 representing a payment of 0.52 % per court order. Reversal | 7100-000 | | ($3,721.66) | $3,721.66 |

Page Subtotals: $0.00   $356.95

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-16083 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Edward C. Richerme | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4479 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3316 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | 5014 | Engineered Abrasives, Inc.<br>C/O Kevin Driscoll<br>Barnes & Thornburg<br>One North Wacker Drive<br>Suite 4400<br>Chicago, Il 60606 | Reissued Payment on Claim 3 | 7100-000 | | $3,721.66 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $34,500.00 | $34,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $34,500.00 | $34,500.00 |
| Less: Payments to Debtors | $0.00 | $6,400.00 |
| Net | $34,500.00 | $28,100.00 |

Page Subtotals:   $0.00   $3,721.66

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4479 - Checking | $34,500.00 | $28,100.00 | $0.00 |
| | $34,500.00 | $28,100.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $34,500.00 |
| Total Gross Receipts: | $34,500.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*